FRANK J. MILLS et al., Respondents, *v.* N. HOLMES ODELL et al., Appellants.

2 1 ᴜᴡᴋ Ѕᴑʠ 6 1

(Argued December 16, 1884; decided January 20, 1885.)

REVERSED upon ground that the evidence did not sustain the findings.

*Calvin Frost* and *Francis Larkin* for appellants.

*Wilson Brown* for respondents.

ANDREWS, J., reads for reversal and new trial.
All concur.
Judgment reversed.

―――――――――

ELIZA JANE GUION, Appellant, *v.* ISAAC CLARK, Respondent.

(Argued December 17, 1884; decided January 20, 1885.)

*Francis Larkin* for appellant.

*William Romer* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

―――――――――

EDWARD D. JAMES, Appellant, *v.* GEORGE SHEA, Respondent.

(Argued December 18, 1884; decided January 20, 1885.)

2 8 ᴙᴛᴍ 7 4 ᴀᴔᴔᴉᴧᴍᴇᴅ

*E. H. Benn* for appellant.

*A. J. Perry* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.